# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-17-75-GF-BMM** |
| Plaintiff, | |
| vs. | |
| ANTONIO TODD TIGART, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 24, 2022. (Doc.34.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 24, 2022. (Doc. 29.)  The United States accused Tigart of violating his conditions of supervised release by committing another crime.  (Doc. 26.)

At the revocation hearing, Tigart admitted that he had violated the conditions of his supervised by committing another crime.  (Doc. 29.)  Judge Johnston found that the violation Tigart admitted proved to be serious and warranted revocation, and recommended that Tigart receive a custodial sentence of time served, with no supervised release to follow. (Doc. 34.)  Tigart was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 29.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 34) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Antonio Todd Tigart be sentenced to the Bureau of Prisons for time served, with no supervised release to follow.

DATED this 28th day of March, 2022.

Brian Morris, Chief District Judge
United States District Court